# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DANIEL S. LONGSON and ELYSSA M. LONGSON, Debtors. | 09-33098 RKM [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                                   **CHECK AMOUNT**

American Infosource Lp as Agent for                                             $2.25
World Financial Network National Bank
PO Box 248872
Oklahoma City, OK  73124-8872

Verizon Wireless                                                                              $1.35
PO Box 3397
Bloomington, IL  61702

HSBC Bank Nevada, N.A. (Polaris)                                                $1.41
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ  85712

The addresses listed above constitute the last known addresses in question. The check in the amount of $5.01 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 27 day of April, 2011

_____
Duane H. Gillman, Trustee

SLC_837571.1